```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
STEVEN YU,                          :
                                    :
                  Plaintiffs,       :
                                    :         ORDER
      -against-                     :
                                    :   07 Civ. 05541 (GBD)(MHD)
NEW YORK CITY HOUSING DEVELOPMENT   :
CORPORATION et al.,                 :
                                    :
                  Defendants.       :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial conference having been held with plaintiff and defendants' counsel on March 6, 2008,

It is hereby **ORDERED** as follows:

1. Defendant is to submit its proposed protective order by **FRIDAY, MARCH 7, 2008.**

2. Plaintiff is to provide defendant with the names of up to 10 people he wishes to depose by **THURSDAY, MARCH 13, 2008.**

3. Plaintiff is to respond to defendant's interrogatories and documents requests by **THURSDAY, MARCH 13, 2008.**

4. Defendant is to respond to plaintiff's interrogatories and document requests by **WEDNESDAY, MARCH 26, 2008.**

5. Plaintiff is to be deposed at the office of defendant's counsel on **WEDNESDAY, APRIL 9, 2008 at 10:00 AM.**

6. All fact discovery is to be completed by **WEDNESDAY, APRIL 30, 2008.**

7. Any motions for summary judgment are to be served and filed no later than **MONDAY, MAY 19, 2008.**

8. The parties are to submit a joint pre-trial order by **TUESDAY, JUNE 17, 2008.**

DATED:   New York, New York
         March 6, 2008

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Anna Alexandra Cohen
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4922

Dean Lawrence Silverberg
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Steve Yu
1025 Esplanade Ave.
Apt. 4G
Bronx, NY 10461