```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08
```

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

DEAN L. SILVERBERG
TEL: 212.351.4642
FAX: 212.878.8643
DSILVERBERG@EBGLAW.COM

**ENDORSED ORDER**

*Defendants' application to extend the deposition of plaintiff is premature and hence denied without prejudice.*

*[signature]*
*4/8/08*

April 4, 2008

**VIA FACSIMILE**

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: Steve Yu v. New York City Housing Development
Corporation and Pellegrino Mariconda
Civ. Action No.: 07 Civ. 5541(GBD)(MHD)

Dear Judge Dolinger:

We represent Defendants New York City Housing Development Corporation ("HDC") and Pellegrino Mariconda ("Mr. Mariconda") in the above-captioned matter. We write to request a telephone conference to discuss Plaintiff's deficient responses to Defendants' First Set of Interrogatories and First Request for Production of Documents, and to seek the Court's approval to extend Plaintiff's deposition, scheduled for next Wednesday, April 9, 2008, beyond one day of seven hours in the event the deficiencies are not cured. Plaintiff is proceeding pro se.

Pursuant to your Honor's Endorsed Order of March 31, 2008, Plaintiff has now provided our office with his discovery responses in a printable format. However, inasmuch as Plaintiff did not interpose proper objections to our discovery requests and did not produce any responsive documents, on March 31, 2008, we sent Plaintiff correspondence regarding the deficiencies in his discovery responses. Our correspondence to the Plaintiff is enclosed. As Plaintiff's deposition is scheduled for April 9, 2008, we requested that Plaintiff cure his deficiencies and produce responsive documents by April 2, 2008, so that we may adequately prepare for his deposition. Plaintiff has failed to respond to our deficiency letter and has neither contacted us to discuss nor proposed a time to meet and confer.

ATLANTA · CHICAGO · DALLAS · HOUSTON · LOS ANGELES · MIAMI
NEWARK · NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, D.C.

NY:2516121v1       EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

Hon. Michael H. Dolinger
April 4, 2008
Page 2

      We intend to go forward with Plaintiff's deposition as scheduled and as directed by the Court, but we would request permission to continue Plaintiff's deposition, if necessary, once Plaintiff cures the deficiencies in his discovery responses and produces responsive documents.

                                              Respectfully Submitted,

                                              Dean L. Silverberg

cc:    Mr. Steve Yu, *Pro Se Plaintiff* (via e-mail)

NY:2516121v1