USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

DEAN L. SILVERBERG
TEL: 212.351.4642
FAX: 212.878.8642
DSILVERBERG@EBGLAW.COM

*ENDORSED ORDER*

*If plaintiff intends to oppose defendants' motion to amend their Answer, he is to serve and file his opposition papers by no later than April 15, 2008.*

*[signature] /s/ MHD 4/8/08*

April 3, 2008

RECEIVED
APR - 4 2008

**VIA HAND DELIVERY**

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

      Re: Steve Yu v. New York City Housing Development
           Corporation and Pellegrino Mariconda
           Civ. Action No.: 07 Civ. 5541(GBD)(MHD)

Dear Judge Dolinger:

      Enclosed are courtesy copies of the following documents which we filed today, on behalf of our clients Defendants New York City Housing Development Corporation ("HDC") and Pellegrino Mariconda ("Mariconda").

1. Notice of Motion for Leave to Amend the Answer of Defendants HDC and Mariconda, pursuant to Rule 15(a) ("Motion to Amend Answer");

2. Declaration of Dean L. Silverberg in Support of Motion to Amend Answer, and Appended Exhibits (including Proposed Amended Answer); and

3. Memorandum of Law in Support of Motion to Amend Answer.

                                    Respectfully Submitted,

                                      Dean L. Silverberg

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY:2512619v1      EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

Hon. Michael H. Dolinger
April 3, 2008
Page 2

Enclosures

cc:   Mr. Steve Yu, *Pro Se Plaintiff* (enclosures via e-mail and regular mail)

NY:2512619v1