Case 07cv5541 (GBD) (MHD)   4-3-2008            Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
Steve Yu,

          Plaintiff,            07cv5541 (GBD) (MHD)

    - against -

New York City Housing Development Corporation
(HDC), PELLEGRINO MARICONDA, Sued
herein in his Official and Personal Capacity,

          Defendant(s).
-------------------------------------------------------------------x

VIA THE PRO SE CLERK OF THIS COURT:
Fax to 212-805-7928

Honorable Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York

Dear Honorable Magistrate Judge Dolinger:

    I, Pro Se Plaintiff, received your Honor's "ENDORSED ORDER" yesterday, April 2, 2008 via regular mail.

    After spent time reading your Honor's Order several times, unfortunately, I am sorry that I really could not read your handwritings. Pursuant to your Honor's order, Plaintiff has to obey your Honor's Order on time and correctly. Your Honor please help Plaintiff to understand your Honor's "ENDORSED ORDER".

    At the same, as soon as Plaintiff fixed the software, Plaintiff had sent copies of printable "Answers and Objections" to Defendants counsels at 7:30 a.m. Tuesday morning, April 1, 2008 via e-mail, which had been the only communication channel Plaintiff and Defendants counsels have been communicating and exchanging their documents and letters since early last October.

Sincerely,

Dated: April 3, 2008

[Handwritten endorsed order, partially illegible:]
ENDORSED ORDER
Our prior order required plaintiff to provide reasonable responses to defendants' discovery requests. It also ordered him to cooperate in scheduling depositions or else risk waiving his right to take depositions.
[signature] 4/8/08

-1-