```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
STEVE YU,
                                :
              Plaintiff,                  ORDER
                                :
         -against-                  07 Civ. 5541 (GBD)(MHD)
                                :
NEW YORK CITY HOUSING
PRESERVATION DEPARTMENT         :
et ano.,
                                :
              Defendants.
------------------------------x
```



MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

At a telephone conference conducted today with plaintiff pro se and counsel for defendants, plaintiff confirmed that he was not seeking damages in this case for emotional distress or physical injury. On that basis he is not required to provide information about any psychological, psychiatric or medical history or treatment.

Dated: New York, New York
       April 9, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL H. DOLINGER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Copies of this order have been mailed today to:

Mr. Steve Yu
1025 Esplanade Avenue
Apt. 4G
Bronx, New York 10461

Dean L. Silverberg, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, New York 10177