```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
STEVEN YU,
                                    :
            Plaintiffs,
                                    :       ORDER
     -against-
                                    :   07 Civ. 05541 (GBD)(MHD)
NEW YORK CITY HOUSING DEVELOPMENT
CORPORATION et al.,
                                    :
            Defendants.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a pre-trial conference has been scheduled in the above-captioned action on **THURSDAY, MAY 8, 2008** at **2:00 PM**, at which time you are directed to appear in Courtroom 6A, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
April 25, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Anna Alexandra Cohen
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4922

Dean Lawrence Silverberg
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Steve Yu
1025 Esplanade Ave.
Apt. 4G
Bronx, NY 10461