UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x   COURTESY COPY

STEVE YU,

              Plaintiff,

      - against -

New York City Housing Development Corporation (HDC), PELLEGRINO MARICONDA, Sued herein in his Official and Personal Capacity,

             Defendants.

------------------------------------------------------------x

07cv5541 (GBD) (MHD)

**NOTICE OF MOTION FOR LEAVE TO AMEND THE ANSWER OF DEFENDANTS NEW YORK CITY HOUSING DEVELOPMENT CORPORATION AND PELLEGRINO MARICONDA PURSUANT TO RULE 15(a)**

      PLEASE TAKE NOTICE that upon the annexed declaration of Dean L. Silverberg, the exhibits annexed thereto, and upon the accompanying memorandum of law and all pleadings and proceedings heretofore had herein, Defendants New York City Housing Development Corporation ("HDC") and Pellegrino Mariconda ("Mariconda") (collectively, "the Defendants"), by and through the undersigned counsel, hereby move this Court before the Honorable Michael H. Dolinger, at the United States Courthouse, 500 Pearl Street, New York, New York, on such date and such time as the Court sets, for an Order, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, granting Defendants leave to amend their Answer to include: (1) the affirmative defense of qualified immunity for Defendant Mariconda; and (2) to withdraw Defendants' affirmative defenses regarding defective service of process.

NY:2512598v1

ENDORSED ORDER

Defendants' motion to amend their Answer to add a qualified immunity defense for defendant Mariconda and to withdraw affirmative defense pertaining to service of process is granted. Plaintiff unless no showing of undue delay or resulting prejudice, Defendants are deemed to have served their answers, which is to be separately filed.

- 2 -

Dated: New York, New York
       April 2, 2008

                                              Dean L. Silverberg
                                              Anna A. Cohen

EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
dsilverberg@ebglaw.com
acohen@ebglaw.com
Attorneys for Defendants
New York City Housing Development Corporation and Pellegrino Mariconda

TO:
Mr. Steve Yu
1025 Esplanade Ave., Apt 4G
Bronx, NY 10461
*Plaintiff, Pro Se*

NY:2512598v1

- 2 -