```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
STEVEN YU,                          :
                                    :
              Plaintiffs,           :
                                    :         ORDER
      -against-                     :
                                    :    07 Civ. 05541 (GBD)(MHD)
NEW YORK CITY HOUSING DEVELOPMENT   :
CORPORATION et al.,                 :
                                    :
              Defendants.           :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A pre-trial conference having been held with plaintiff and defendants' counsel on May 8, 2008,

It is hereby **ORDERED** as follows:

1. Plaintiff is to submit a list of documents that he has requested from defendants and has not received, along with an explanation of the relevance of each document, by **MONDAY, MAY 12, 2008.**

2. Defendants are to submit their response by **THURSDAY, MAY 15, 2008.**

3. Defendants are to make their submission concerning alleged deficiencies in plaintiff's response to defendants' document requests by **MONDAY, MAY 12, 2008.**

      4. Plaintiff is to submit his response by **THURSDAY, MAY 15, 2008.**

DATED: New York, New York
       May 8, 2008

                                               SO ORDERED.

                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Anna Alexandra Cohen, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4922

Dean Lawrence Silverberg, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Mr. Steve Yu
1025 Esplanade Ave.
Apt. 4G
Bronx, NY 10461