# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

DEAN L. SILVERBERG
TEL: 212.351.4642
FAX: 212.878.8642
DSILVERBERG@EBGLAW.COM

May 15, 2008

ENDORSED ORDER
The deadline to serve potentially dispositive motions is extended to June 23, 2008.
[signed] 5/19/08

MAY 15 2008

**VIA FACSIMILE**

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: Steve Yu v. New York City Housing Development
Corporation and Pellegrino Mariconda
Civ. Action No.: 07 Civ. 5541(GBD)(MHD)

Dear Judge Dolinger:

We represent Defendants New York City Housing Development Corporation ("HDC") and Pellegrino Mariconda ("Mr. Mariconda") in the above-referenced matter. We write to the Court in furtherance of Defendants' May 12, 2008 request to extend the time in which to serve and file dispositive motions beyond May 19, 2008.

In accordance with Your Honor's direction at the Conference held on May 8, 2008, this week the parties are exchanging their submissions and replies relating to their respective purported discovery production deficiencies. As we set forth in Defendants' submission of earlier this week, dated May 12, 2008, we respectfully ask the Court that in light of, inter alia, the current circumstances, including the parties' focus on the discovery submissions, to adjourn the time for dispositive motions. We are requesting that the Court enter an endorsement adjourning the time and setting a reasonable deadline. Defendants respectfully ask that dispositive motions be due thirty (30) days after the resolution of the instant discovery issues before the Court, or thirty (30) days after the end of discovery in the event the Court permits additional time for depositions.

Defendants seek adequate time in which to prepare a dispositive motion, supporting papers and legal memorandum. No prior application for such an extension has been made by Defendants.

ATLANTA · CHICAGO · DALLAS · HOUSTON · LOS ANGELES · MIAMI
NEWARK · NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, D.C.

NY:2609861v1     EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

Hon. Michael H. Dolinger
May 15, 2008
Page 2

        We thank the Court for its consideration.

        Respectfully Submitted,

        Dean L. Silverberg

DLS/jp

cc:    Mr. Steve Yu, *Pro Se Plaintiff* (via e-mail)

NY:2609861v1