UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
STEVEN YU,
                                    :
                Plaintiffs,
                                    :       __ORDER__
        -against-
                                    :       07 Civ. 05541 (GBD)(MHD)
NEW YORK CITY HOUSING DEVELOPMENT
CORPORATION et al.,
                                    :
                Defendants.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        It is hereby **ORDERED** that a pre-trial conference has been

scheduled in the above-captioned action on **JUNE 12, 2008** at **2:00**

**PM**, at which time you are directed to appear in Courtroom 6A, 500

Pearl Street, New York, New York 10007-1312. Any requests for

adjournment of this scheduled conference must be in writing, with

copies to all other parties, and must be preceded by reasonable

efforts by the requesting party to obtain the consent of those

parties.


**DATED:   New York, New York**
**         June 2, 2008**


                                **SO ORDERED.**



                                _____
                                **MICHAEL H. DOLINGER**
                                **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Anna Alexandra Cohen
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Dean Lawrence Silverberg
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Mr. Steve Yu
1025 Esplanade Ave.
Apt. 4G
Bronx, NY 10461