# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

ANNA A. COHEN
TEL: 212.351.4922
FAX: 212.878.8633
ACOHEN@EBGLAW.COM

May 30, 2008

*ENDORSED ORDER*

*This motion is denied. Plaintiff fails to demonstrate the [that] the court overlooked any facts or legal authority in its prior ruling.*

*[signature] 6/12/08*

**VIA FACSIMILE No.: (212) 805-7928**

Rebecca Fisher, Law Clerk
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

Re: Steve Yu v. New York City Housing Development Corporation and Pellegrino Mariconda
Civ. Action No.: 07 Civ. 5541(GBD)(MHD)

Dear Ms. Fisher:

Further to our telephone conversation, enclosed please find a copy of Plaintiff's "Motion [to] Reconsider Judgment" sent to our office by Plaintiff via e-mail. We will submit our response in letter form.

Please contact me if you require anything further.

Very truly yours,

Anna A. Cohen

Enclosure

cc: Steve Yu, *pro se* Plaintiff (via e-mail, without enclosure)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY:2642282v1　　　EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY