```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
STEVEN YU,                          :
                                    :
                    Plaintiffs,     :
                                    :         ORDER
          -against-                 :
                                    :   07 Civ. 05541 (GBD)(MHD)
NEW YORK CITY HOUSING DEVELOPMENT   :
CORPORATION et al.,                 :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

6/13/08

A pre-trial conference having been held with plaintiff and defendants' counsel on June 12, 2008,

It is hereby **ORDERED** as follows:

1. Plaintiff is to comply with the directives regarding the production of documents contained in our May 19, 2008 order by no later than June 19, 2008.

2. The deadline to serve and file dispositive motions is extended to July 11, 2008.

MICROFILMED  JUN 16 2008 -3 00 PM

DATED: New York, New York
       June 12, 2008

                                      SO ORDERED.

                                    MICHAEL H. DOLINGER
                                  UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Anna Alexandra Cohen, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Dean Lawrence Silverberg, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Mr. Steve Yu
1025 Esplanade Ave.
Apt. 4G
Bronx, NY 10461