# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

DEAN L. SILVERBERG
TEL: 212.351.4642
FAX: 212.878.8642
DSILVERBERG@EBGLAW.COM

*ENDORSED ORDER*

*In view of the pending of plaintiff's objections, we adjourn without date the deadline for filing a summary judgment motion.*

*7/2/08* [signature]

July 1, 2008

[Stamp: JUL 1 2008]

**VIA FACSIMILE**

Hon. Michael H. Dolinger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

[ECF stamp: ELECTRONICALLY FILED  DOC #: ___  DATE FILED: 7/2/08]

Re: Steve Yu v. New York City Housing Development
Corporation and Pellegrino Mariconda
Civ. Action No.: 07 Civ. 5541(GBD)(MHD)

Dear Judge Dolinger:

    We represent Defendants New York City Housing Development Corporation ("HDC") and Pellegrino Mariconda ("Mr. Mariconda") in the above-referenced matter. We write to the Court to supplement Defendants' June 30, 2008 request to extend the time in which to serve and file dispositive motions beyond July 11, 2008.

    Since Your Honor's Order of June 12, 2008, inter alia, extending the date to file dispositive motions: (1) Plaintiff has still failed to produce relevant documents and information pursuant to Your Honor's May 19, 2008 and June 12, 2008 Orders, which are necessary to the preparation of Defendants' intended dispositive Motion for Summary Judgment; (2) Plaintiff has made an application to the Court pursuant to Rule 72 of the Fed. R. Civ. P. and 28 U.S.C. § 636 to, inter alia, "reject or modify" Your Honor's previous discovery orders and conduct additional discovery; and (3) Defendants have filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rules 37(b) and 41(b) of the Fed. R. Civ. P. based upon Plaintiff's continued failure to comply with discovery requirements and willful disregard of Court Orders.

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

NY:2711735v1

Hon. Michael H. Dolinger
July 1, 2008
Page 2

      The Defendants respectfully request additional time in which to file a Motion for Summary Judgment, following receipt of documents and information from Plaintiff, as directed by Your Honor, which Plaintiff has failed to produce, and pending the Court's decisions on Defendants' Motion to Dismiss Plaintiff's Complaint and Plaintiff's recent application to the Court entitled "Objections" (to which Defendants must respond by July 10, 2008).

      We are requesting that the Court enter an endorsement adjourning the time beyond July 11, 2008, and setting a reasonable deadline. Defendants respectfully ask that dispositive motions be due thirty (30) days after the Court's decisions on the pending motions or thirty (30) days after the end of discovery in the event Plaintiff produces relevant documents and information and the Court permits additional time for depositions.

      Defendants seek adequate time in which to prepare their dispositive motion, supporting papers and legal memorandum. Defendants' previously applied for such an extension on May 15, 2008.

      We thank the Court for its consideration.

                                              Respectfully Submitted,

                                              Dean L. Silverberg

cc:    Mr. Steve Yu, *Pro Se Plaintiff* (via e-mail)

NY:2711735v1