```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
STEVEN YU,
                                    :
              Plaintiffs,
                                    :       ORDER
      -against-
                                    :       07 Civ. 05541 (GBD)(MHD)
NEW YORK CITY HOUSING DEVELOPMENT
CORPORATION et al.,
                                    :
              Defendants.
                                    :
-----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A motion to dismiss having been filed by defendant on June 30, 2008, it is hereby **ORDERED**:

1. Plaintiff is to serve and file his opposition papers by no later than August 23, 2008.

2. Defendants are to serve and file their reply papers by no later than August 30, 2008.

**DATED:** New York, New York
July 24, 2008

SO ORDERED.

MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Anna Alexandra Cohen, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4922

Dean Lawrence Silverberg, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Mr. Steve Yu
1025 Esplanade Ave.
Apt. 4G
Bronx, NY 10461