USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEVE YU

                Plaintiff,

-against-

NEW YORK CITY HOUSING DEVELOPENT
CORPORATION AND PELLEGRINO
MARICONDA,
                Defendants.
------------------------------------------------------------X

07 CIVIL 5541(GBD)

**JUDGMENT**

Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the Court referred the matter to Magistrate Judge Michael H. Dolinger for a report and recommendation ("Report"). Whereas, the Honorable Michael H. Doling, United States Magistrate Judge, to whom this matter was referred, having issued a report and recommendation (the "Report") recommending that defendants motion be granted in its entirety, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on June 3, 2011, having rendered its Memorandum Decision and Order adopting the Report, granting defendants motion for summary judgment and dismissing plaintiffs complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum decision and Order dated June 3, 2011, the Court adopts the "Report. Defendants' motion for summary judgment is granted and Plaintiff's complaint is dismissed.

**Dated:** New York, New York
        June 6, 2011

                                              **RUBY J. KRAJICK**
                                                    **Clerk of Court**

BY:

                                                      **Deputy Clerk**